MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR - S - 07-234 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| MARIA HERNANDEZ, | ) | |
| EVA MARTINEZ, | ) | |
| ANTONIA MARTINEZ, and | ) | |
| FREDI OCTAVIO-VALDEZ | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

A status conference in the above captioned matter was held before this Court on June 26, 2007. The government was represented by Assistant U.S. Attorney Heiko P. Coppola. The defendants were present and represented by counsel. At the request of the parties, the status conference was continued to July 31, 2007 at 9:30 a.m. Time beginning June 26, 2007 and extending through July 31, 2007 is hereby ordered excluded from the calculation of time under the Speedy Trial Act pursuant to the provisions of local code T-4 based upon defense counsels' need to prepare. The defendants are aware of this request and agree it is necessary and appropriate.

IT IS SO ORDERED.

Date: June 28, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT