```
McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR.S  07-234 LKK |
| Plaintiff, | |
| v. | ORDER EXCLUDING TIME |
| MARIA HERNANDEZ,<br>EVA MARTINEZ,<br>ANTONIA MARTINEZ, and<br>FREDI OCTAVIO-VALDEZ, | |
| Defendants. | |

A status conference in the above captioned matter was held before this Court on July 31, 2007.  The government was represented by Assistant U.S. Attorney Heiko P. Coppola. Defendants Maria Hernandez, Eva Martinez and Fredi Octavio-Valdez were present and represented by counsel.  Defendant Antonia Martinez was not present, having been removed by writ to State custody on a pending child custody case in San Joaquin County. Defendant Antonia Martinez was represented by counsel at the hearing.  At the request of the parties, the status conference was continued to October 2, 2007 at 9:30 a.m.  Time beginning July 31, 2007  and extending through October 2, 2007 is hereby

ordered excluded from the calculation of time under the Speedy Trial Act pursuant to the provisions of local code T-4 as to all defendants based upon defense counsels' need to prepare. Time is also excluded as to defendant Antonia Martinez under local code C for a pending State matter. The defendants are aware of this request and agree it is necessary and appropriate.

IT IS SO ORDERED.

Date: August 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT