MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR - S - 07-234 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| MARIA HERNANDEZ, | ) | |
| EVA MARTINEZ, | ) | |
| ANTONIA MARTINEZ, and | ) | |
| FREDI OCTAVIO-VALDEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

A status conference in the above captioned matter was held before this Court on October

2, 2007.  The government was represented by Assistant U.S. Attorney Heiko P. Coppola.

Defendants Maria Hernandez, Eva Martinez, Antonia Martinez, and Fredi Octavio-Valdez were

present and represented by counsel.   At the request of the parties, the status conference was

continued to October 30, 2007 at 9:30 a.m.  Time beginning October 2, 2007 and extending

through and including October 30, 2007 is hereby ordered excluded from the calculation of time

under the Speedy Trial Act, 18  U.S.C. § 3161(h)(8)(B)(iv), and pursuant to the provisions of

local code T-4 as to all defendants based upon defense counsels' need to prepare.  The

defendants are aware of this request and agree it is necessary and appropriate.

IT IS SO ORDERED.

Date: October 9, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT