FILED
October 17, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:07-cr-234 LKK
Plaintiff, )
v. )
) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Maria Hernandez, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Maria Hernandez_ Case _2:07-cr-234 LKK_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Unsecured bond in the amount of $75,000 to be co-signed by defendant's grandson, Gabriel Perez.

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) _PTS conditions/supervision; third party custody to Gabriel Perez_

Issued at _Sacramento, CA_ on _10/17/07_ at 10:40 a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge