DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MARIA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MARIA HERNANDEZ, et al.<br>           Defendant.<br>_____ | No. CR-S 07-234 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date   December 4, 2007<br>Time:   9:30 a.m.<br>Judge: Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Maria Hernandez; Attorney Krista Hart, Counsel for Defendant Eva Martinez; Attorney Steven Bauer, Counsel for defendant Antonia Martinez; and Attorney Peter Kmeto, Counsel for Defendant Fredi Octavio-Valdez, that the status conference scheduled for October 30, 2007, be vacated and the matter be continued to this Court's criminal calendar on December 4, 2007, at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit

1  counsel to conduct investigation, review tape recordings that are
2  primarily in Spanish, review prior conviction allegations, and continue
3  in negotiations with the prosecution in attempt to finalize a plea
4  agreement.

5  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
6  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
7  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
8  ends of justice served in granting the continuance and allowing the
9  defendant further time to prepare outweigh the best interests of the
10 public and the defendant in a speedy trial.

11  The Court is advised that all counsel have conferred about this
12 request, that they have agreed to the December 4, 2007 date, and that
13 all counsel have authorized Ms. Santos to sign this stipulation on
14 their behalf.

17  **IT IS SO STIPULATED.**

19  Dated: October 29, 2007          /S/ Dina L. Santos
20                                   DINA L. SANTOS
                                     Attorney for
                                     Maria Hernandez
21
22  Dated: October 29, 2007          /S/ Krista Harat
                                     KRISTA HART
                                     Attorney for
23                                   Eva Martinez

24  Dated: October 29, 2007          /S/ Steven Bauer
                                     STEVEN BAUER
25                                   Attorney for
                                     Antonia Martinez
26
    Dated: October 29, 2007          /S/ Peter Kmeto
27                                   PETER KMETO
                                     Attorney for
28                                   Fredi Octavio-Valdez

Stipulation and Order                2

1

Dated: October 29, 2007            /S/ Heiko Coppola
2                                  HEIKO COPPOLA
                                   Assistant United States Attorney
3                                  Attorney for Plaintiff

4

5

6                              **O R D E R**

7     **IT IS SO ORDERED.**

8              By the Court,

9

10   Dated: October 29, 2007

11

12

13                                 _____
                                   LAWRENCE K. KARLTON
14                                 SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
15

16

17

18

19

20

21

22

23

24

25

26

27

28