MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-234 LKK |
| Plaintiff, ) | |
| v. ) | ORDER EXCLUDING TIME |
| MARIA HERNANDEZ, ) EVA MARTINEZ, ) ANTONIA MARTINEZ, and ) FREDI OCTAVIO-VALDEZ ) | |
| Defendants. ) | |

A status conference in the above captioned matter was held before this Court on December 4, 2007.  The government was represented by Assistant U.S. Attorney Heiko P. Coppola. Defendants Maria Hernandez, Eva Martinez, Antonia Martinez, and Fredi Octavio-Valdez were present and represented by counsel. At the request of the parties, the status conference was continued to February 12, 2008 at 9:30 a.m.  Time beginning December 4, 2007 and extending through and including February 12, 2008 is hereby ordered excluded from the calculation of time under the Speedy Trial Act, 18  U.S.C. § 3161(h)(8)(B)(iv), and pursuant to the provisions of local code T-4, as to all

1  defendants based upon defense counsels' need to prepare.
2  Furthermore, this Court finds that the ends of justice served in
3  granting the continuance and allowing all defendants further time
4  to prepare outweigh the best interests of the public and the
5  defendants in a speedy trial.  The defendants are aware of this
6  request and agree it is necessary and appropriate.
7  IT IS SO ORDERED.
8  Date: December 7, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT