```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. CR-S-07-234 LKK
                                 )
11            Plaintiff,         )
                                 )
12       v.                      )   ORDER EXCLUDING TIME
                                 )
13  MARIA HERNANDEZ,             )
    EVA MARTINEZ,                )
14  ANTONIA MARTINEZ, and        )
    FREDI OCTAVIO-VALDEZ         )
15                               )
              Defendants.        )
16  _____)
```

17       A status conference in the above captioned matter was held
18  before this Court on May 13, 2008.  The government was
19  represented by Assistant U.S. Attorney Heiko P. Coppola.
20  Defendants Maria Hernandez, Eva Martinez, Antonia Martinez, and
21  Fredi Octavio-Valdez were present and represented by counsel.
22  At the request of the parties, the status conference was
23  continued to June 17, 2008 at 9:30 a.m.  This Court further
24  ordered that time beginning May 13, 2008, and extending through
25  and including June 17, 2008 be excluded from the calculation of
26  time under the Speedy Trial Act, 18  U.S.C. § 3161(h)(8)(B)(iv),
27  and pursuant to the provisions of local code T-4, as to all
28  defendants based upon defense counsels' need to prepare.

1  Furthermore, this Court finds that the ends of justice served in
2  granting the continuance and allowing all defendants further time
3  to prepare outweigh the best interests of the public and the
4  defendants in a speedy trial.  The defendants are aware of this
5  request and agree it is necessary and appropriate.
6  IT IS SO ORDERED.
7  Date: May 23, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT