1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   MARIA HERNANDEZ
6

7
                      IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        ) No. CR-S 07-234 LKK
12                                  )
                 Plaintiff,         )
13                                  ) STIPULATION AND ORDER VACATING
         v.                         ) DATE, CONTINUING CASE, AND
14                                  ) EXCLUDING TIME
   MARIA HERNANDEZ, et al.          )
15               Defendant.         )
                                    ) Date    July 22, 2008
16 _____) Time:   9:30 a.m.
                                    ) Judge:  Lawrence K. Karlton
17

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Dina L.
20
   Santos, Counsel for Defendant Maria Hernandez; Attorney Krista Hart,
21
   Counsel for Defendant Eva Martinez; Attorney Steven Bauer, Counsel for
22
   defendant Antonia Martinez; and Attorney Peter Kmeto, Counsel for
23
   Defendant Fredi Octavio-Valdez, that the status conference scheduled
24
   for June 17, 2008 be vacated and the matter be continued to this
25
   Court's criminal calendar on July 22, 2008, at 9:30 a.m. for further
26
   status.
27
        This continuance is requested by the defense in order to permit
28

1  counsel to conduct investigation, review discovery, review the pre-plea
2  reports prepared by probation, and continue in negotiations with the
3  prosecution in attempt to finalize a plea agreement.
4      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
6  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
7  ends of justice served in granting the continuance and allowing the
8  defendant further time to prepare outweigh the best interests of the
9  public and the defendant in a speedy trial.
10      The Court is advised that all counsel have conferred about this
11 request, that they have agreed to the July 22, 2008 date, and that all
12 counsel have authorized Ms. Santos to sign this stipulation on their
13 behalf.

16      **IT IS SO STIPULATED.**

18  Dated: June 12, 2008                  /S/ Dina L. Santos
                                          DINA L. SANTOS
19                                         Attorney for
                                          Maria Hernandez
20
    Dated: June 12, 2008                  /S/ Krista Harat
21                                         KRISTA HART
                                          Attorney for
22                                         Eva Martinez

23  Dated: June 12, 2008                  /S/ Steven Bauer
                                          STEVEN BAUER
24                                         Attorney for
                                          Antonia Martinez
25
    Dated: June 12, 2008                  /S/ Peter Kmeto
26                                         PETER KMETO
                                          Attorney for
27                                         Fredi Octavio-Valdez

28

Stipulation and Order                    2

1 | Dated: June 12, 2008                    /S/ Heiko Coppola
                                           HEIKO COPPOLA
2                                          Assistant United States Attorney
                                           Attorney for Plaintiff
3

**O R D E R**

**IT IS SO ORDERED.**

       By the Court,

Dated: June 13, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                    3