KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Eva Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>          Plaintiffs,<br>v.<br>EVA MARTINEZ, et, al.,<br>          Defendants. | No. Cr.S. 07-234 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The defendant Eva Martinez, by and through counsel Krista Hart, Maria Hernandez, by and through counsel Dina Santos, Antonia Martinez, by and through counsel Steve Bauer, and Fredi Octavio-Valdez, by and through counsel Peter Kmeto, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Heiko Coppola, hereby stipulate and agree to vacate the current status conference date of July 22, 2008, and reset the matter for August 26, 2008, at 9:30 a.m.

It is further stipulated and agreed between the parties that the period of time from July 22, 2008, through August 26, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

The parties in this case have been reviewing the pre-plea presentence reports with their

1  clients (some of whom are housed in the jail in Nevada City), the parties are engaged in
2  settlement negotiations and are working toward a global resolution; all parties stipulate and
3  agree the ends of justice would best be served by resetting the status conference to August 26,
4  2008.

5  July 21, 2008                                          */s/ Krista Hart*
                                                          Attorney for Eva Martinez
6

7  July 21, 2008                                          */s/ Dina Santos*
                                                          Attorney for Maria Hernandez
8

9  July 21, 2008                                          */s/ Steve Bauer*
                                                          Attorney for Antonia Martinez
10

11 July 21, 2008                                          */s/ Pete Kmeto*
                                                          Attorney for Fredi Octavio-Valdez
12

13
   July 21, 2008                                          McGREGOR SCOTT
14                                                        United States Attorney

15
                                                          */s/ Heiko Coppola*
16                                                        Assistant U.S. Attorney
                                                          (Signed by Krista Hart per e-mail)
17

18                                     **O R D E R**
19

20
   **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
21

22
   DATED: July 21, 2008
23
                                    _____
24                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
25                                  UNITED STATES DISTRICT COURT
26
27
28