MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0234 LKK |
| Plaintiff, | |
| v. | AMENDED STIPULATION AND ORDER TO EXCLUDE TIME |
| MARIA HERNANDEZ, et.al. | |
| Defendant. | |

The parties request that the status conference in this case be continued from October 7, 2008 to November 12, 2008 at 9:15 a.m.  They stipulate that the time between October 7, 2008 and November 12, 2008 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.  Specifically, the parties need additional time to review discovery, conduct investigation, review the pre-plea reports prepared by probation and continue plea negotiations.  The

parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
United States Attorney

DATE: October 6, 2008        By:   /s/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
                                   Assistant U.S. Attorney


DATE: October 6, 2008               /s Dina Santos
                                    DINA SANTOS
                                    Attorney for Defendant Maria Hernandez


                                     /s/ Steve Bauer
                                    STEVE BAUER
                                    Attorney for Defendant Antonia Martinez


                                     /s/ Krista Hart
                                    KRISTA HART
                                    Attorney for Defendant Eva Martinez


                                     /s/ Pete Kmeto
                                    Pete Kmeto
                                    Attorney for Fredi Octavio-Valdez

**SO ORDERED.**

DATE: October 6, 2008


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT