1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **ANTONIA MARTINEZ**
5

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
    **UNITED STATES OF AMERICA,**                    Cr. S-07-234 LKK
11
                    Plaintiff,
12
              v.                                 **STIPULATION AND**
13                                               **ORDER THEREON**
    **ANTONIA MARTINEZ**, et al
14
                    Defendant,
15  _____

16      It is hereby stipulated between counsel for the government and the defendants that

17 the status conference presently scheduled for November 11, 2008  may be continued to

18 December 16, 2008 at 9:15 a.m.    The parties require additional time to finalize plea

19 agreements and review them with their respective clients

20      It is further stipulated that the time between November 11, 2008 and December 16,

21 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18

22 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

23 Dated:  November 7, 2008                    Dated:  November 7, 2008

24

25  / s / Steven D. Bauer                       / s / Dina Santos
    **STEVEN D. BAUER**                         **DINA SANTOS**
26
   (Additional signatures and Order on Following Page)
27

28

1 | Dated: November 7, 2008                                                Dated: November 7, 2008

3 | / s / Krista Hart                                                              / s / Pete Kmeto
**KRISTA HART**                                                        **PETE KMETO**

Dated: November 7, 2008

/ s / Heiko Coppola
**HEIKO COPPOLA**

For Good Cause Appearing
**IT IS SO ORDERED**

Dated: November 10, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT