1   KRISTA HART
    Attorney at Law
2   State Bar No. 199650
    428 J Street, Suite 350
3   Sacramento, CA  95814
    (916) 498-8398
4

5   Attorney for Defendant
    Eva Martinez
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  THE UNITED STATES OF              )    No. Cr.S. 07-234 LKK
    AMERICA,                          )
12                  Plaintiffs,       )
                                      )    **STIPULATION AND ORDER TO**
13          v.                        )    **CONTINUE STATUS CONFERENCE**
                                      )
14  EVA MARTINEZ, et, al.,            )
                      Defendants.     )
15  _____       )

16

17          The defendant Eva Martinez, by and through counsel Krista Hart, Maria Hernandez, by

18  and through counsel Dina Santos, Antonia Martinez, by and through counsel Steve Bauer, and

19  Fredi Octavio-Valdez, by and through counsel Peter Kmeto, along with the plaintiff United

20  States (government), by and through counsel Assistant U.S. Attorney Heiko Coppola, hereby

21  stipulate and agree to vacate the current status conference date of December 16, 2008, and reset

22  the matter for February 3, 2009, at 9:15 a.m.

23          It is further stipulated and agreed between the parties that the period of time from

24  December 16, 2008, through February 3, 2009, should be excluded in computing the time within

25  which the trial of the above criminal prosecution must commence for purposes of the Speedy

26  Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the

27  meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

28          The parties in this case have been reviewing pre-plea presentence reports with their

1  clients (some of whom are housed in the jail in Nevada City), the parties are engaged in

2  settlement negotiations and are working toward a global resolution; all parties stipulate and

3  agree the ends of justice would best be served by resetting the status conference to February 3,

4  2009.

5

6  December 11, 2008                          */s/ Krista Hart*
                                             Attorney for Eva Martinez
7

8  December 11, 2008                          */s/ Dina Santos*
                                             Attorney for Maria Hernandez
9

10 December 11, 2008                          */s/ Steve Bauer*
                                             Attorney for Antonia Martinez
11

12 December 11, 2008                          */s/ Pete Kmeto*
                                             Attorney for Fredi Octavio-Valdez
13

14
   December 11, 2008                          McGREGOR SCOTT
15                                            United States Attorney

16
                                             */s/ Heiko Coppola*
17                                            Assistant U.S. Attorney
                                             (Signed by Krista Hart per e-mail)
18

19
                                **O R D E R**
20

21
   **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
22

23
   DATED: December 10, 2008
24

25                                           _____
                                             LAWRENCE K. KARLTON
26                                           SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT
27

28

                                     2