1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **ANTONIA MARTINEZ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Cr. S-07-234 LKK |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER THEREON** |
| **ANTONIA MARTINEZ**, | ) | |
| Defendant, | ) | (Continuing Status to 3/17/09) |

It is hereby stipulated between counsel for the government and the defendants, except defendant Valez, that the status conference presently scheduled for February 6, 2009 may be continued to March 17, 2009 at 19:15 a.m. The parties require additional time to finalize plea agreements and review them with their respective clients

It is further stipulated that the time between February 6, 2009 and March 17, 2009 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated:  February 4, 2009                                Dated:  February 4, 2009


 / s / Steven D. Bauer                                   / s / Dina Santos
**STEVEN D. BAUER**                                      **DINA SANTOS**

(Additional signatures and Order on Following Page)

1  November 7, 2008

2

3  / s / Krista Hart
   **KRISTA HART**
4
   Dated:  February 4, 2009
5

6
   / s / Heiko Coppola
7  **HEIKO COPPOLA**

8
   For Good Cause Appearing
9  **IT IS SO ORDERED**

10  DATED: February 5, 2009

11                                                          LAWRENCE K. KARLTON
                                                            SENIOR JUDGE
12                                                          UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28