```
LAWRENCE G. BROWN
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-0234 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| MARIA HERNANDEZ, et.al. | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from March 17, 2009 to April 14, 2009 at 9:15 a.m. They stipulate that the time between March 17, 2009 and April 14, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4. Specifically, plea agreements have been provided to defense counsel for the remaining defendants. Defense counsel need

additional time to review those plea agreements with the remaining defendants.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: March 13, 2009  By: /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

DATE: March 13, 2009  /s Dina Santos
DINA SANTOS
Attorney for Defendant Maria Hernandez

/s/ Steve Bauer
STEVE BAUER
Attorney for Defendant Antonia Martinez

/s/ Krista Hart
KRISTA HART
Attorney for Defendant Eva Martinez

**IT IS SO ORDERED.**

DATE: March 12, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2