1  LAWRENCE G. BROWN
   Acting United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-234 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER EXCLUDING TIME |
| MARIA HERNANDEZ, et. al. | ) | |
| Defendants. | ) | |

A status conference in the above captioned matter was held before this Court on April 14, 2009. The government was represented by Assistant U.S. Attorney Heiko P. Coppola. Defendants Maria Hernandez and Antonia Martinez were present and represented by counsel. At the request of the parties, the status conference was continued to April 28, 2009 at 9:15 a.m. This Court further ordered that time beginning April 14, 2009, and extending through and including April 28, 2009 be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), and pursuant to the provisions of local code T-4, as to both defendants based upon defense counsels' need for further preparation of the case and discussion

with the defendants regarding the plea agreements provided by the government. Furthermore, this Court finds that the ends of justice served in granting the continuance and allowing both defendants further time to prepare outweigh the best interests of the public and the defendants in a speedy trial. The defendants are aware of this request and agree it is necessary and appropriate.

IT IS SO ORDERED.

Date: April 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT