1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   MARIA HERNANDEZ
6

7                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,         ) No. CR-S 07-234 LKK
12                                   )
              Plaintiff,              )
13                                   ) STIPULATION AND ORDER VACATING
        v.                           ) DATE, CONTINUING CASE, AND
14                                   ) EXCLUDING TIME
   MARIA HERNANDEZ,                  )
15            Defendant.              )
                                     ) Date   June 23, 2009
16 _____   ) Time:  9:15 a.m.
                                     ) Judge: Lawrence K. Karlton
17

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Dina L.
20
   Santos, Counsel for Defendant Maria Hernandez that the status
21
   conference scheduled for May 27, 2009 be vacated and the matter be
22
   continued to this Court's criminal calendar on June 23, 2009, at 9:15
23
   a.m. for further status, and possible change of plea.
24
        This continuance is requested by the defense in order to permit
25
   counsel to conduct investigation, review discovery, review the pre-plea
26
   reports prepared by probation, and continue in negotiations with the
27
   prosecution in attempt to finalize a plea agreement.
28

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 23, 2009 date, and that all Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: May 22, 2009 /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Maria Hernandez

Dated: May 22, 2009 /S/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 26, 2009 LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT