```
LAWRENCE G. BROWN
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. CR-S-07-234 LKK |
| Plaintiff,  ) | |
| v.  ) | ORDER EXCLUDING TIME |
| MARIA HERNANDEZ,  ) | |
| Defendant.  ) | |

A status conference in the above captioned matter was held before this Court on June 23, 2009.  The government was represented by Assistant U.S. Attorney Heiko P. Coppola. Defendant Maria Hernandez was present and represented by counsel. At the request of the parties, the status conference was continued to August 25, 2009 at 9:15 a.m.  This Court further ordered that time beginning June 23, 2009, and extending through and including August 25, 2009 be excluded from the calculation of time under the Speedy Trial Act, 18  U.S.C. § 3161(h)(7)(B)(iv), and pursuant to the provisions of local code T-4, based upon defense counsel's need for further preparation of the case and discussion with the defendant regarding the plea agreement

1 | provided by the government.  Furthermore, this Court finds that
2 | the ends of justice served in granting the continuance and
3 | allowing the defendant further time to prepare outweigh the best
4 | interests of the public and the defendants in a speedy trial.
5 | The defendant is aware of this request and agrees it is necessary
6 | and appropriate.
7 | IT IS SO ORDERED.
8 | Date: June 24, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT