LAWRENCE G. BROWN
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-0234 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| MARIA HERNANDEZ, | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from August 25, 2009 to September 29, 2009 at 9:15 a.m. They stipulate that the time between August 25, 2009 and September 29, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for defendant Maria Hernandez may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, a plea agreement has been provided to defense counsel. The government and the defense counsel are

1  in continuing negotiations about the terms of that plea
2  agreement. It is anticipated that a final plea agreement
3  incorporating new, negotiated terms will be provided to defense
4  counsel shortly and that defense counsel will need additional
5  time to review the new plea agreement with defendant Maria
6  Hernandez.
7       The parties stipulate and agree that the interests of
8  justice served by granting this continuance outweigh the best
9  interests of the public and the defendants in a speedy trial.  18
10 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN

                                        Acting United States Attorney

DATE: August 27, 2009         By:    /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
                                     Assistant U.S. Attorney


DATE: August 27, 2009                /s Dina Santos
                                     DINA SANTOS
                                     Attorney for Defendant Maria
                                     Hernandez



                        **IT IS SO ORDERED.**

DATE: August 24, 2009

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT