1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   MARIA HERNANDEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      ) No. CR-S 07-234 LKK
12                                )
                  Plaintiff,      )
13                                ) STIPULATION AND ORDER VACATING
        v.                        ) DATE, CONTINUING CASE, AND
14                                ) EXCLUDING TIME
   MARIA HERNANDEZ,               )
15                Defendant.      )
                                  ) Date   December 1, 2009
16 _____) Time:  9:15 a.m.
                                  ) Judge: Lawrence K. Karlton
17

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Dina L.
20
   Santos, Counsel for Defendant Maria Hernandez that the status
21
   conference scheduled for October 27, 2009 be vacated and the matter be
22
   continued to this Court's criminal calendar on December 1, 2009, at
23
   9:15 a.m. for further status, and possible change of plea.
24
        This continuance is requested by the defense in order to permit
25
   counsel to conduct investigation, review discovery, gather medical
26
   records and continue in negotiations with the prosecution in attempt to
27
   finalize a plea agreement.
28

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4 ends of justice served in granting the continuance and allowing the
5 defendant further time to prepare outweigh the best interests of the
6 public and the defendant in a speedy trial.
7    The Court is advised that all counsel have conferred about this
8 request, that they have agreed to the December 1, 2009 date, and that
9 all Mr. Coppola has authorized Ms. Santos to sign this stipulation on
10 his behalf.

13    **IT IS SO STIPULATED.**

15 Dated: Oct. 22, 2009                /S/ Dina L. Santos
                                       DINA L. SANTOS
16                                     Attorney for
                                       Maria Hernandez

18
19 Dated: Oct. 22, 2009                /S/ Heiko Coppola
                                       HEIKO COPPOLA
                                       Assistant United States Attorney
20                                     Attorney for Plaintiff

23                              **O R D E R**
24    **IT IS SO ORDERED.**
25           By the Court,

27 Dated: Oct. 23, 2009         _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
28                              UNITED STATES DISTRICT COURT

Stipulation and Order                    2