1   DINA L. SANTOS, Bar #204200
    Attorney at Law
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160

4

5   Attorney for Defendant
    MARIA HERNANDEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
    UNITED STATES OF AMERICA,        )  No. CR-S 07-234 LKK
12                                   )
                    Plaintiff,       )
13                                   )  STIPULATION AND ORDER VACATING
         v.                          )  DATE, CONTINUING CASE, AND
14                                   )  EXCLUDING TIME
    MARIA HERNANDEZ,                 )
15                  Defendant.       )
                                     )  Date   January 5, 2010
16  _____)  Time:  9:15 a.m.
                                     )  Judge: Lawrence K. Karlton
17

18
         **IT IS HEREBY STIPULATED** by and between Assistant United States
19
    Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Dina L.
20
    Santos, Counsel for Defendant Maria Hernandez that the status
21
    conference scheduled for December 1, 2009 be vacated and the matter be
22
    continued to this Court's criminal calendar on January 5, 2010, at 9:15
23
    a.m. for further status, and possible change of plea.
24
         This continuance is requested by the defense in order to permit
25
    counsel to conduct investigation, review discovery, gather medical
26
    records and continue in negotiations with the prosecution in attempt to
27
    finalize a plea agreement.
28

1  **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

4  ends of justice served in granting the continuance and allowing the

5  defendant further time to prepare outweigh the best interests of the

6  public and the defendant in a speedy trial.

7  The Court is advised that all counsel have conferred about this

8  request, that they have agreed to the January 5, 2010, date, and that

9  all Mr. Coppola has authorized Ms. Santos to sign this stipulation on

10 his behalf.

11

12

13  **IT IS SO STIPULATED.**

14

15  Dated: November 25, 2009        /S/ Dina L. Santos
                                   DINA L. SANTOS
16                                 Attorney for
                                   Maria Hernandez
17

18
    Dated: November 25, 2009        /S/ Heiko Coppola
19                                 HEIKO COPPOLA
                                   Assistant United States Attorney
20                                 Attorney for Plaintiff

21

22

23                          **O R D E R**

24  **IT IS SO ORDERED.**

25              By the Court,

26

27  Dated: Nov. 30, 2009

28                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

Stipulation and Order                   2