LAWRENCE G. BROWN
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-234 LKK |
| Plaintiff, ) | |
| v. ) | ORDER EXCLUDING TIME |
| MARIA HERNANDEZ, ) | |
| Defendant. ) | |

A status conference in the above captioned matter was held before this Court on January 5, 2010.  The government was represented by Assistant U.S. Attorney Heiko P. Coppola. Defendant Maria Hernandez was present and represented by counsel. At the request of the parties, the Court set the matter for jury trial on April 6, 2010 and trial confirmation hearing on March 16, 2010.

This Court further ordered that time beginning January 5, 2010, and extending through and including April 6, 2010, be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), and pursuant to the provisions of local code T-4, based upon defense counsel's need for further

investigation and preparation of the case for trial.

Furthermore, this Court finds that the ends of justice served in granting the continuance and allowing the defendant further time to prepare for trial outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The defendant agrees that the exclusion of time is necessary and appropriate.

IT IS SO ORDERED.

Date: January 7, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2